## Mary McDill d/b/a Power Letter Service, Appellee, v. Kaiser Aluminum & Chemical Sales, Inc., Appellant.

Gen. No. 47,596.

First District, Second Division.

March 24, 1959.

Released for publication April 21, 1959.

Hubachek & Kelly (John D. Hastings, of counsel) for appellant; Johnson, Zahler, Campbell, Boughner & Stitt (Irving B. Campbell and LeMoine D. Stitt, Jr., of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**